IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  Case number: 2:17-cr-00083-02

DAVID WAYNE YOUNG

**NOTICE OF APPEAL**

This 7th day of May 2021, Defendant David Wayne Young, by counsel, hereby gives notice of his intent to appeal to the United States Court of Appeals for the Fourth Circuit, his convictions and the judgment and sentence entered in this matter on May 3, 2021 by the United States District Court for the Southern District of West Virginia, the Honorable John T. Copenhaver, Judge.

Respectfully Submitted,
David Wayne Young
By counsel,

**s/ David Schles**
David Schles (WV Bar #6375)
815 Quarrier Street
Suite 306
Charleston, WV 25301
(304) 344-1559
Schles_law@wirefire.com